UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ALYSSA RODRIGUEZ,                                  :

                         Plaintiff,         :        06 CV 00214 (RMB) (RLE)

              - against -                             :

JOHN JOHNSON, Commissioner of the New York State **MEMO ENDORSED**
   Office of Children and Family Services ("OCFS");   :
DR. MICHAEL COHEN, Medical Director of OCFS'       :
   Bureau of Health Services;
EDWARD FIGUEROA, Director of OCFS Red Hook         :
   Residential Center;
CHERYLE MEANS, Director of OCFS Ella McQueen       :
   Residential Center;
MARIA GALARZA, Director of OCFS Middletown         :
   Residential Center; OCFS Facilities Coordinators :
RICK BULL and                                      :
RUTH NORIEGA;                                      :
DEVIN CUSHER, Assistant Director of OCFS Red Hook  :
Residential Center;
TIMOTHY TERRY, Youth Counselor at Red Hook         :
Residential Center and
OCFS employees JOHN and JANE DOES,                 :
all in their personal capacities,                  :

                         Defendants.    :

-------------------------------------------------------------------x

## STIPULATION AND ORDER OF SETTLEMENT

**WHEREAS** plaintiff brought this action against defendants Rick Bull, Devin Cusher, Dr.

Michael Cohen, Edward Figueroa, Maria Galarza, John Johnson, Cheryle Means, Ruth Noriega

and Timothy Terry, (collectively hereinafter "Defendants"), all in their personal capacities, for

certain acts alleged to have been in violation of the Fourteenth Amendment of the United States

Constitution, as well as in violation of New York State laws prohibiting discrimination based on

disability and sex, and New York City law prohibiting discrimination based on gender and

disability; and

**WHEREAS** Defendants deny all wrongdoing alleged in this action and any liability whatsoever to plaintiff, and further assert that they have meritorious defenses to the action and that they enter into this Stipulation and Order of Settlement solely for the purposes of resolving this litigation; and

**WHEREAS** the New York State Office of Children & Family Services ("OCFS"), a non-party to this action, has agreed to enter into a separate Memorandum of Understanding with plaintiff's counsel in this litigation, Lambda Legal Defense and Education Fund ("Lambda") and the Sylvia Rivera Law Project ("SRLP"); and

**WHEREAS** the parties believe that the best interests of the parties will be advanced by the settlement of this action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, as follows:

## I.      Monetary Settlement

1.      Upon the Court's approval of this Stipulation and Order of Settlement, and payment of the sum as set forth below, plaintiff, individually and on behalf of plaintiff's heirs, executors, administrators, personal representatives, successors and assigns, hereby releases and forever discharges, on the merits with prejudice, all Defendants, the State of New York, OCFS, the Governor of the State of New York, the commissioner of OCFS, and all past and present officials, employees, departments, representatives, directors and agents, their successors and assigns and their respective heirs, executors, administrators, personal representatives, and transferees (collectively the "Releasees") and each of them, of and from any and all claims,

2

actions, costs, expenses and attorneys' and expert fees, involving, concerning, arising from or in any way relating to any claim which is or could have been stated against the Releasees concerning the conduct challenged in the First Amended Complaint, dated April 7, 2006, filed in this action.

2.      The State of New York, on behalf of Defendants, pursuant to New York State Public Officer's Law Section 17, shall pay the total sum of twenty-five thousand dollars ($25,000.00) to plaintiff in full settlement of all claims in or arising from this action.  Payment shall be made by delivering a check payable to "Alyssa Rodriguez" as payee within one hundred twenty (120) days of  Defendants' receipt of a "So Ordered" copy of this Stipulation and Order of Settlement and the general release identified in paragraph 5 herein.  If payment is made later than the above described one hundred twenty (120) day period, Defendants shall pay interest at the rate set by New York's Civil Practice Law and Rules, section 5004.

3.      Payment of the amount contained in paragraph 2 of this Stipulation  and Order of Settlement shall be subject to the approval of all appropriate state officials, in accordance with the provisions for indemnification under New York Public Officers Law, Section 17, Subdivision 3(a).  If said appropriate state officials do not approve payment of the amount contained in paragraph 2, this Stipulation and Order of Settlement shall be deemed null and void.

4.      In consideration for the State of New York's payment on behalf of Defendants, this action shall be deemed dismissed with prejudice, without attorney's fees or costs, and plaintiff and plaintiff's counsel release the Defendants in this action and any present, former, or future employees, agents, or officials of respondent agencies and the State of New York, from any and all liability, claims, or rights of action in or arising from this action, including attorneys'

3

fees, costs, and disbursements.

5.      Upon execution of this Stipulation and Order of Settlement, Plaintiff's counsel shall execute a general release based upon the terms of this Stipulation and Order of Settlement in the form annexed hereto as Exhibit "A", and provide the general release to Defendants' counsel, together with plaintiff's social security number.

6.      Nothing in this Stipulation and Order of Settlement shall be deemed to be an admission by Defendants of any liability whatsoever, nor do Defendants admit that Plaintiff or their counsel are entitled to any fees, costs, or disbursements arising from this action.

7.      Nothing in this Stipulation and Order of Settlement shall be deemed to be an admission by Defendants, OCFS or the State of New York, that they have in any manner or way violated Plaintiff's rights, or the rights of any other person or entity, as defined in the constitution, statutes, ordinances, rules or regulations of the United States, the State of New York, the City of New York or any other rules, regulations or bylaws of any department or subdivision of government.

8.      Nothing in this Stipulation and Order of Settlement shall be deemed, implied or construed to be a policy, custom or procedure of OCFS or the State of New York, nor shall it be deemed, implied or construed to be applicable to any other person or persons, and this Stipulation and Order of Settlement shall have no precedential value or effect whatsoever and shall not be admissible in any other litigation, action or proceeding, other than any litigation, action or proceeding to enforce the terms of this Stipulation and Order of Settlement, as evidence for any purpose.

9.      The parties shall comply with paragraph 9 of the Stipulation And Protective

4

Order, So Ordered by the Court in this action on March 29, 2006, regarding the return or

destruction of "Confidential Information".

Dated: New York, New York
November 9, 2006

Alyssa Rodriguez (a.k.a. Jennifer
Rodriguez, Andrew Rodriguez)

Pooja Gehi, Esq. (PG-4718)
Attorney for Plaintiff
Sylvia Rivera Law Project
322 8th Avenue, 3rd Floor
New York, New York 10001
212-337-8550

Ellen A. Hochberg, Esq. (EH-9843)
Debbie Klein, Esq. (DK-0186)
Attorneys for Plaintiff
Debevoise & Plimpton, LLP
919 Third Avenue
New York, New York 10022
212-909-6000

Rudy Estrada, Esq. (RE-1965)
Cole Thaler, Esq. (Of Counsel)
Attorneys for Plaintiff
Lambda Legal Defense and
Education Fund, Inc.
120 Wall Street, Suite 1500
New York, New York 10005-3904
212-809-8585

5

John P. Gasior, Esq. (JG0241)
Attorney for Defendants
Assistant Attorney General
 of the State of New York
120 Broadway 24th Floor
New York, New York 10271
212-416-8570

On Consent

**SO ORDERED**

RMB
U.S.D.J.
11/13/06

6

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ALYSSA RODRIGUEZ,                                          :
                                                          :
                                          Plaintiff,      :        06 CV 00214 (RMB) (RLE)
                                                          :
                     - against -                          :
                                                          :
JOHN JOHNSON, Commissioner of the New York State          :
  Office of Children and Family Services ("OCFS");        :
DR. MICHAEL COHEN, Medical Director of OCFS'              :
  Bureau of Health Services;                              :
EDWARD FIGUEROA, Director of OCFS Red Hook                :
  Residential Center;                                     :
CHERYLE MEANS, Director of OCFS Ella McQueen              :
  Residential Center;                                     :
MARIA GALARZA, Director of OCFS Middletown               :
  Residential Center; OCFS Facilities Coordinators        :
RICK BULL;                                        :
RUTH NORIEGA;                                             :
DEVIN CUSHER, Assistant Director of OCFS Red Hook  :
Residential Center;                                       :
TIMOTHY TERRY, Youth Counselor at Red Hook               :
Residential Center and                                    :
OCFS employees JOHN and JANE DOES,                        :
all in their personal capacities,                         :
                                                          :
                                          Defendants.     :

-------------------------------------------------------------------------X

## GENERAL RELEASE

Plaintiff, Alyssa Rodriguez (also known as Andrew Rodriguez and Jennifer

Rodriguez), Releasor, in consideration of the payment of the total sum of twenty-five thousand

dollars ($25,000.00) by the State of New York, does hereby

**RELEASE AND FOREVER DISCHARGE**, Rick Bull, Devin Cusher, Dr.

Michael Cohen, Edward Figueroa, Maria Galarza, John Johnson, Cheryle Means, Ruth Noriega

and Timothy Terry, their heirs, executors, administrators, successors, or assigns, and all past, present or future Commissioners, officials, employees, representatives and agents of the New York State Office of Children & Family Services, the State of New York, and their successors in interest, from any and all liability, claims or rights or manner of actions, causes of action, suits, proceedings, debts, sums of money and demands, in law or in equity, including any claim for attorneys' fees, expert's fees, costs disbursements, or expenses, of any kind whatsoever incurred by Plaintiff in the above-captioned action.

This release may not be changed orally.

Dated: New York, New York
      November    , 2006

 

 

_____
Alyssa Rodriguez (a.k.a. Jennifer
Rodriguez, Andrew Rodriguez)


Sworn to before me this
   day of November, 2006


_____
Notary Public

2